UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-61755-RS

DARRYL R. GAINES,

    Plaintiff,

v.

APTIVE ENVIRONMENTAL, LLC,

    Defendant.
_____/

## ORDER OF DISMISSAL

This matter is before the Court upon the parties' Joint Motion to Approve Settlement Agreement and Dismissal with Prejudice [DE 13]. Accordingly, it is hereby,

**ORDERED** that:

1. This matter is **DISMISSED with prejudice**.

2. All pending motions are **DENIED as moot**.

3. Each party shall bear its own attorneys' fees and costs.

4. This case is **CLOSED**.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 25th day of January, 2023.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record